# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

United States of America )
)
v. ) Case Number:
Thomas Avery Gibbs ) 3:17-cr-00168-2
)
)

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release to a third-party custodian will assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the following condition:

**The defendant is placed in the third-party custody of:**

(Name of Person or Organization) _____

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the Court immediately in the event the defendant violates any condition of release or disappears.

By affixing my(our) signatures hereto, I(we), the above-designated third-party custodian(s), understand that my(our) failure to abide by this agreement may subject me(us) to contempt of court proceedings.

9/29/17
Date

_____
Third-Party Custodian

It is so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE