# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:17-cr-00168-2 |
| v. ) | Judge Aleta Trauger |
| ) | |
| THOMAS AVERY GIBBS ) | |

## UNITED STATES' SENTENCING POSITION

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully states that it has no objections or corrections to the Revised Presentence Investigation Report dated October 11, 2018.

The Government respectfully recommends a sentence of one year of probation in lieu of incarceration, payment of restitution to the victims at an amount to be set by the Court, and payment of the $25 special assessment for both counts.

Respectfully submitted,
DONALD Q. COCHRAN
United States Attorney

BY: *s/ Sara Beth Myers*
Sara Beth Myers
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, Benjamin Perry, 40 Music Square East, Suite 100, Nashville, TN 37203, via CM/ECF, on this, the 18th day of October, 2018.

                                              *s/ Sara Beth Myers*